# EXHIBIT A


**CCA Bahamas, Ltd.**

# Purchase Order
# BahaMar-FF&E-90Beach Sanctuary-D-PO-007

CCA Bahamas, Ltd
Nassau Beach Hotel, West Bay St., (Old Wyndham J Tower)
Nassau,
Phone: +1(242)677-9000

Project: 001 - Baha Mar Project
West Bay Street, Baha Mar
Nassau,

---

## BahaMar-FF&E-90Beach Sanctuary-D-PO-007

| | |
|---|---|
| DATE CREATED | 01/04/2017 |
| BILL TO: | CCA Bahamas Ltd<br>Construction Office<br>Cable Beach, West Bay Street<br>P.O. Box SP64124 Nassau, Bahamas.<br>Contact: Natalia Dwornik<br>Phone 1(242)4241527 |
| SHIP TO | |
| CONTRACT COMPANY: | ~~Source Contract~~ *Source Outdoor*<br>3435 NW112th Street<br>Miami, Florida 33168<br>Phone: 1(305) 630-8950 Ext 2525 |
| CREATED BY: | Yawen Wang (CCA Bahamas, Ltd.) |
| STATUS | Approved |
| EXECUTED | Yes |
| PAYMENT TERMS: | Full payment prior to shipment |
| ASSIGNEE | No Assignee |
| SHIP VIA | |
| DELIVERY DATE | |
| DEFAULT RETAINAGE | |

**DESCRIPTION:**
SO-521-31 Atlantic Chaise Lounge 1471 No. have been shipped, need to ship the rest 1420 No
Atlantic Chaise Lounge
Dimensions: Depth: 81" Width: 31" Height: 15" Seat Depth: 50" Seat Width: 26" Seat Height: 15" Arm Height: 20"
Color/Finish: Frame Powder Coated Aluminum- White; Exterior: Synthetic Sling- White

**Notes**
1. To be shipped immediately
2. Please attach following information to the outside of the packaging:
Project Name: Baha Mar – General Beach(90)
Plus Item Reference: SO-521-31

**ATTACHMENTS:**
BM-90-30-1000 Source Contract.pdf

| # | COST CODE | DESCRIPTION | TYPE | QUANTITY | UNITS | UNIT COST | SUBTOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 12 - Furnishings | SO-521-31 | Other | 2891.0 | EA | $275.00 | $795,025.00 |
| 2 | 12 - Furnishings | Deposit | Other | 1.0 | | $-404,525.00 | ($404,525.00) |
| | | | | | | Grand Total | $390,500.00 |

CCA Bahamas, Ltd.
Nassau Beach Hotel, West Bay St., (Old Wyndham J Tower)
Nassau

*[signature]*  01/05/17
SIGNATURE    DATE

Source Contract
3435 NW112th Street
Miami, Florida 33168

*Source Outdoor*
*11451 NW 36th Ave.*
*Miami, Florida 33167*

*Candice McCarthy*  1/6/17
SIGNATURE    DATE

CCA Bahamas Ltd.    Page 1 of 1    Printed On: 01/04/2017 05:47 PM



**SOURCEOUTDOOR**

11451 NW 36th Ave | Miami, Florida 33167
P. (800) 260-4512 | F. (800) 260-6155

# INVOICE

| Invoice Date | Order No. |
|---|---|
|  | OSF2025105 |

| Sales Rep | PO # | Invoice # |
|---|---|---|
| Candice McCarthy | Original PO # BM-90-30-1000 |  |

| Terms | Carrier | Tracking Number |
|---|---|---|
| CBD |  |  |

| Contact Name | Phone |
|---|---|
| Natalia Dwornik | +1 242 424 1527 |
| Email | Fax |
| dwornik_natalia@chinaconstruction.us |  |

**Project Name**
CCA Bahamas Ltd.- Baha Mar

**Bill To**
C/O
CCA Bahamas Ltd.

United States

**Ship To**
Baha Mar Ltd
Natalia Dwornik
West Bay Street
Nassau,
Bahamas

| Image | Product Information | Ordered | Rate | Amount |
|---|---|---|---|---|
|  | SO-3005-104<br>Atlantic Chaise w/ Arms<br>Powder Coated Aluminum Frame<br>Synthetic Sling Fabric Seat & Back<br>W:29" x D:81" x H:20"<br>Sling: White<br>Powder Color: PC401 Sky White | 1420 | $ 275.00 | $ 390,500.00 |

Total: 390,500.00
Tax: .00
Freight: .00
**Grand Total:** $ 390,500.00
Amount Paid: .00
Balance Due: $ 390,500.00 ✓

**Make Checks Payable to: Source Outdoor**

ATTENTION RECEIVERS: By signing this paper you agree to the below.

The information contained in this quotation is subject to change without notice and will not be binding on Source Outdoor unless authorized personnel of Source Outdoor verify it in writing at the time an order is placed. This quotation is subject to Source Outdoor standard terms and conditions and is available upon request. Price quoted is for the quantity shown on this document. Prices quoted for stock items are valid 7 days subject to availability, unless otherwise stated. Prices quoted for specials and nonstandard items are "Price in Effect at Time of Order". Freight for reference only and must be requoted no sooner than 7 days from delivery date.

Please inspect each item for damages and correct quantities.

NO LIFT GATE UNLESS SPECIFIED.

We maintain the right to bill you lift-gate charges ($75.00) should you use this service. Lift-Gate is necessary for locations with no loading dock, in order to simply unload and prevent damages.

Source Outdoor does not authorize for the refusal of cargo by the recipient. If the shipment is damaged the recipient must accept the cargo in order for an insurance claim to be filed. Please notate the damage on the delivery receipt while the driver is there and contact us immediately to report the damage. Failure to comply voids any responsibility by the vendor. Without doing so, all responsibility for receiving damaged product falls on customer. Please call 1-800-260-4512 while the driver is still there, if you have any questions.

Any change in powder coat color, sling, or fabric to an order already in production will be subject to a modification fee of up to 50% and a new delivery date based on the originally quoted lead time.

Any change in powder coat color, sling, or fabric to an order already in production will be subject to a modification fee of up to 50% and a new delivery date based on the originally quoted lead time.

 **SOURCEOUTDOOR**

11451 NW 36th Ave. | Miami, FL 33167 | United States
P: 305.630.8950 | T: 800.260.4512 | F: 305.685.2948

## QUOTE

| | |
|---|---|
| Quote Number | 00016791 |
| Created Date | 1/4/2017 |
| Expiration Date | 2/3/2017 |

### General Information

| | | | |
|---|---|---|---|
| Name | Natalia Dwornik | Email | dwornik_natalia@chinaconstruction.us |
| Phone | +1 242 424 1527 | | |

Project Name: CCA Bahamas Ltd.- Baha Mar

### Address Information

| | | | |
|---|---|---|---|
| Bill To Name | CCA Bahamas Ltd. | Ship To Name | CCA Bahamas Ltd. |
| Bill To | | Ship To | West Bay Street |
| | | | Nassau, |
| | United States | | Bahamas |
| Quote To | | Additional To | |
| | United States | | United States |

### Quote Line Items

| Image | Product Information | Product Finish | Quantity | Sales Price | Subtotal |
|---|---|---|---|---|---|
| | SO-3005-104<br>Atlantic Chaise w/ Arms<br>Powder Coated Aluminum Frame<br>Synthetic Sling Fabric Seat & Back<br>W:29" x D:81" x H:20" | Sling: White<br>Powder Color: PC401 Sky White | 1,420.00 | USD 275.00 | USD 390,500.00 |

### Totals

| | |
|---|---|
| Subtotal | USD 390,500.00 |
| Tax | USD 0.00 |
| Freight Amount | USD 0.00 |
| Grand Total | USD 390,500.00 |

The information contained in this quotation is subject to change without notice and will not be binding on Source Outdoor unless authorized personnel of Source Outdoor verify it in writing at the time an order is placed. This quotation is subject to Source Outdoor standard terms and conditions and is available upon request. Price quoted is for the quantity shown on this document. Prices quoted for stock items are valid 7 days subject to availability, unless otherwise stated. Prices quoted for specials and nonstandard items are "Price In Effect at Time of Order". Freight for reference only and must be requoted no sooner than 7 days from delivery date.

- Quotes are only good for 30 days from creation date.
- Freight quotes are only valid for 7 working days from time quote is received.
- Customer is responsible for retaining an updated freight quote after the expiration date.
- This is only a quote, the actual freight charges may vary and Source Outdoor is not responsible for the difference.