# EXHIBIT B



**SQUIRE**
**PATTON BOGGS**

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

O  202-457-6000
F  202-457-6315
squirepattonboggs.com

T. Michael Guiffré
T  202-457-6441
michael.guiffre@squirepb.com

May 3, 2017

Gerald Shvartsman
Chief Executive Officer
Source Outdoor
11451 NW 36th Ave.
Miami, FL 33167

Re:  **Notice of Breach of Contract**
     **Purchase Order Sanctuary-D-PO-007**

Dear Mr. Shvartsman:

We represent CCA Bahamas Ltd. ("CCA"). CCA hereby provides formal notice that Source Outdoor has breached the above referenced purchase order (the "contract") by failing to deliver 1,420 chaise lounges despite the fact that CCA paid Source Outdoor's invoice in full. CCA hereby demands that Source Outdoor immediately fulfill its obligations and deliver the purchased lounges.

On January 6, 2017, Source Outdoor executed the attached contract with CCA to complete delivery of a total amount of 2,891 chaise lounges for a purchase price of $795,025.00. Source Outdoor agreed in the contract that it previously delivered 1,471 chaise lounges and that it had received $404,525.00 as payment in full for those lounges. Accordingly, Source Outdoor contracted to deliver the remaining 1,420 lounges for a purchase price of $390,500.00.

CCA paid the remaining purchase price of $390,500.00 in full. However, Source Outdoor has refused to deliver any of the remaining 1,420 lounges. In fact, it is our understanding that Source Outdoor is now selling the lounges to third parties. These lounges are critical to the opening of the Baha Mar resort, and as a result, Source Outdoor's delay in delivering them is irreparably harming CCA.

Source Outdoor apparently is refusing to meet its contractual obligations based on its allegation that it is owed money by Baha Mar, Ltd. Baha Mar is not a party to the contract between CCA and Source Outdoor in which Source Outdoor agreed to deliver the remaining 1,420 lounges for a purchase price of $390,500.00. CCA also believes that Source Outdoor has been paid substantially more than the total purchase price for these lounges and reserves all rights to audit Source Outdoor's accounts and recover all excess payments.

Accordingly, CCA demands that Source Outdoor immediately cease and desist from selling or otherwise transferring the lounges to third parties and further demands that Source Outdoor immediately deliver the lounges to CCA. <u>If Source Outdoor does not confirm in writing within</u>

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

May 3, 2017

forty-eight (48) hours that it will meet these demands, CCA will seek a temporary restraining order.

CCA reserves all rights, in law or equity, under the parties' contract or otherwise, including its right to recover attorney's fees.

Sincerely,

Squire Patton Boggs (US) LLP

T. Michael Guiffré

Enclosure

cc: CCA Bahamas, Ltd.

    Andrew Feldman, Esq.
    Feldman Law
    Dadeland Square
    7700 North Kendal Drive, Suite 809
    Miami, FL 33156