## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:17-cv-22437-KMM

| | |
|---|---|
| CCA BAHAMAS LTD., a foreign limited liability company, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CONQUEST FINANCIAL MANAGEMENT CORPORATION d/b/a SOURCE OUTDOOR, a Florida corporation, | ) ) ) ) |
| Defendant, | ) ) |
| | / |

## AFFIDAVIT OF GERALD SHVARTSMAN

STATE OF FLORIDA        )
COUNTY OF MIAMI-DADE   )

BEFORE ME, the undersigned authority, personally appeared Gerald Shvartsman (hereinafter "I" or "Affiant"), who after being duly sworn, upon personal knowledge and information, deposes and says as follows:

1.  I an individual over the age of eighteen (18) years old.  This Affidavit is based upon my personal knowledge.

2.  I am the Chief Executive Officer (CEO) of Conquest Financial Management Corporation d/b/a Source Outdoor (hereinafter "Source"), named Defendant in the above-styled action.

3.  I have been the CEO of Source since its formation as a business concern.

4.  I am familiar with the business practices of Source, the business records of Source, and the business inventory of Source, and I have personal knowledge as to such business practices, records, and business inventory as may be set forth herein.

5.  I have been involved in the outdoor furniture industry for approximately nine (9) years.

CCA Bahamas LTD v. Conquest Financial Management Corp. d/b/a Source Outdoor
Case No.: 1:17-cv-22437-KMM
Affidavit of Gerald Shvartsman
Page 2

In that regard, I am personally familiar with how Source operates and with the wholesale furniture industry in general.

6. I have also reviewed, prior to execution hereof, and am familiar with, certain documents attached as Exhibits hereto, including but not necessarily limited to, those related to the dealings between Source and CCA Bahamas, LTD (hereinafter "CCA"), named Plaintiff in this action, and Source and Baha Mar LTD (hereinafter "BML") and Purchasing Solutions International (hereinafter "PSI"), all related to the Baha Mar project in the Bahamas (hereinafter the "Project"). Such records are hereinafter collectively referred to as the "Records."

7. The Records constitute records of the regularly conducted business activity of Source in that they are (a) made near or at the time by – or from information transmitted by – someone with knowledge; (b) kept in the course of the regularly conducted business activity of Source; and (c) the making such Records is the regular business practice of Source. The Records attached hereto are true and correct copies of the Records maintained or generated by Source.

8. Prior to execution hereof, I have also reviewed the Verified Complaint filed in this action, as well as the Exhibits thereto, the Affidavit attached to the Motion for Temporary Injunction filed in this case and any exhibits attached to such Motion, and the Supplement to that Motion and related exhibits, all as filed by CCA in this case.

9. Source entered into an agreement with PSI, who was the purchasing agent on behalf of BML and related to the Project. That agreement ended up being for the purchasing of variouis furniture orders from Source as related to the Project, for which Source was to be fully compensated as agreed upon.

10. Purchases from Source related to the Project ultimately totaled $1,885,937.95.

CCA Bahamas LTD v. Conquest Financial Management Corp. d/b/a Source Outdoor
Case No.: 1:17-cv-22437-KMM
Affidavit of Gerald Shvartsman
Page 3

11. Source was ultimately told that BML had gone into receivership in the Bahamas.

12. Specifically, Source received an email dated November 28, 2016 from Natalia Dwornik on behalf of CCA, and accompanying letter dated November 17, 2016 from an individual claiming to be a receiver. Copies of both are attached as Composite Exhibit "A" hereto.

13. An email exchange followed between Candice McCarthy (National Accounts Manager for Source) and Natalia Dwornik with CCA. A copy of that email exchange is attached as Exhibit "B" hereto. It reveals Source's position, including that indicated on December 7, 2016 that "Unfortunately we're owed a lot of money from Baha Mar. If you're willing to pay for what's owed, we'll be willing to help you with anything we can" and Natalia Dwornik's response 2 minutes later that "We appreciate the debt situation and we are making good monies owed."

14. Source submitted documentation to CCA. Operating on the premise that CCA was making good on monies owed, Source proceeded to deal with CCA.

15. Then, after Source had worked with CCA relative to the chaise lounges and CCA had indicated it would be "making good monies owed," CCA ultimately told Source on February 8, 2017 "At the moment I am unable to process any orders for Source Outdoors. The management team are reviewing. However, as I mentioned before, it is unlikely that any further payments can be made. I will update you when I receive direction on how to proceed." *See* Email dated February 8, 2017, as part of email exchange attached as Exhibit "C" hereto. CCA did not tell Source prior to Source's agreeing to move forward with it premised on the prior communications that no additional payments would be made.

16. In response to additional email communications, I advised Natalia on April 7, 2016, as follows: "As you know, a multitude of items were ordered from our office that we could not

CCA Bahamas LTD v. Conquest Financial Management Corp. d/b/a Source Outdoor
Case No.: 1:17-cv-22437-KMM
Affidavit of Gerald Shvartsman
Page 4

deliver, and that we had to make other arrangements for, including for example, storage and / or

mitigation of the losses associated therewith. At this time, the sum of $352,677.30 is being

applied towards such mitigation losses and the balance sum of $37,822.70 is being applied

towards the accumulated storage fees. You have also advised us that it is unlikely that any

further payments can be made. That is certainly problematic, as we will need a resolution of any

and all financial matters prior to manufacture and / or delivery of any further materials. Absent

that, Source Outdoor reserves the right to dispose of such materials and apply funds to

outstanding charges as we see fit. I invite you to contact me if you want to discuss the issue

further; however, we need to start with some sort of assurance that Source Outdoor will be made

100% financially whole." *See* April 7, 2017 email attached as Exhibit "D."

17. Then, on April 12, 2017, Natalia Dwornik wrote to me indicating, for example, that

"Your debt with Baha Mar, Ltd. Is not something that CCA Bahamas are responsible for," *see*

Exhibit "D," to which I responded on April 19, 2017, with an email detailing the history,

including discussing the other email communication as indicated.

18. The first paragraph of my April 19, 2017 email to Natalia Dwornik provides: "We

received a letter dated November 17, 2016 from Baha Mar indicating the appointment of

receivers and the authority of CCA to complete transactions carried out with us on behalf of the

Baha Mar Companies. Then, on November 28, 2016, you advised that you were looking to work

with us to complete outstanding orders with Baha Mar through the issuance of PO's for items

that have not been paid for in full and that have not yet shipped. On December 7, 2016, at11:13

a.m., you were advised by Candice with our office "Unfortunately we're owed a lot of money

from Baha Mar. If you're willing to pay for what's owed, we'll be willing to help with anything

CCA Bahamas LTD v. Conquest Financial Management Corp. d/b/a Source Outdoor
Case No.: 1:17-cv-22437-KMM
Affidavit of Gerald Shvartsman
Page 5

we can." You responded two minutes later indicating: "We appreciate the debt situation and we are making good monies owed. So please send me all the details as requested. I can make out new CCA purchase orders to you so we can settle the debts and have all the outstanding orders completed." In reliance on your indication, for example, that "we are making good monies owed" certain purchase orders were processed. Then, after a bit of back and forth and apparent server issues on your end, you advise us on February 8, 2017, that you are unable to process any orders for Source Outdoor." *See* Exhibit "D."

19. Had CCA not indicated that they would make good on the outstanding financial responsibilities to Source, Source would not have proceeded with CCA as it did. Despite such indications from CCA, CCA failed to and refused to make good on such promises and responsibilities.

20. Regarding the "Purchase Order" attached as a portion of Exhibit "A" to the Complaint, that Purchase Order was prepared by CCA, not by Source. It does not contain a delivery date. None of the other documents attached as Exhibit "A" to the Complaint contain a delivery date. The Purchase Order does not say anything about urgency or delivery. From Source's perspective, the language "To be shipped immediately" meant that, when everything was resolved and taken care, and the product was made and available, it should be shipped without delay.

21. Regarding the allegation that, for example, "Source has undertaken to sell or transfer CCA's Chris to third parties," such is not correct and Source has not undertaken to do so. In that regard, CCA's explanation of Exhibit "D" attached to the CCA's Supplement to its Motion for Temporary Injunction is a mischaracterization. While that advertisement reflects Source offering

CCA Bahamas LTD v. Conquest Financial Management Corp. d/b/a Source Outdoor
Case No.: 1:17-cv-22437-KMM
Affidavit of Gerald Shvartsman
Page 6

Atlantic Chaise Lounges for sale at $299 per chair, without necessarily limitation, the following circumstances are material thereto related to the advertisement and the chaise lounge itself: (a) The Atlantic Chaise Lounge is merely Source's chosen name for a standard chaise lounge, made with the same materials that many of the chaise lounges on the open market are made with; (b) there is nothing peculiar or unique about the Atlantic Chaise Lounge; instead the Atlantic Chaise Lounge is made with powder coated aluminum frame, and textline mesh that is commonly used; (c) Source advertises products in order to sell products. Exhibit "D" is simply part of an advertising campaign to create sales leads. The chaise lounges that may be generated from that advertisement would then be made after an order is placed and processed; (d) Exhibit "D" is not an advertisement for the purpose of selling any existing inventory or any product belonging to anyone else specifically; (e) What most customers end up with approximately 90% of time is not even the specific product on the advertisement. Again, the advertisement is intended to produce leads. Moreover, Exhibit "D" is merely an advertisement that got loaded into the system and went to all of Source's clients automatically. If Source was attempting to sell CCA's Chairs specifically, Source would not email that advertisement to CCA as was done here.

22. Source is not selling or transferring, or undertaking to sell or transfer, specific the specific chaise lounges as CCA has alleged.

23. Source has been selling the Atlantic Chaise Lounge for approximately 4 years. In connection therewith, attached as Exhibit "E" hereto is a report that details prior sales of that chaise lounge, and that clearly reflects Source's business related to sales thereof. None of these reflected the specific chaise lounges CCA claims entitlement to here.

24. Source is not the sole manufacturer of the this type of chaise lounges in the wholesale

CCA Bahamas LTD v. Conquest Financial Management Corp. d/b/a Source Outdoor
Case No.: 1:17-cv-22437-KMM
Affidavit of Gerald Shvartsman
Page 7

furniture industry. I personally know of at least 2-3 other companies who could deliver this order of Chaise Lounges upon the placing of an order. There is nothing peculiar or unique about the particular product at issue in this case. In connection therewith, attached hereto as Composite Exhibit "F" are two similar products sold by companies other than Source.

25. Source is not currently in possession of the 1420 chaise lounge chair's CCA seeks in this case.

26. I have also reviewed Exhibit "C" to CCA's Supplement to its Motion for Temporary Injunction. That email is an automated email that is generated once funds are received. The order was not processed because of Sources position that it is owed additional funds as discussed prior thereto and thereafter. *See* emails accompanying this Affidavit as exhibits.

27. Source had to store multiple products in this instance and it was known that they were accruing storage fees related thereto. *See* Email attached as Exhibit "G" from purchasing solutions with Drobox link of copies of purchase orders and items accruing storage fees.

28. Source remains owed the sum of $332,308.70, plus interest and such other amounts as may be potentially recoverable in this case.

AFFIANT SAYS NOTHING FURTHER

By: _____
Gerald Shvartsman

STATE OF FLORIDA            )
COUNTY OF MIAMI-DADE        )

This instrument was acknowledged before me this 17th day of July, 2017, by Gerald Shvartsman, who is personally known to me and who did take an oath.



MAGDALENA CARRERO
Notary Public - State of Florida
Commission # FF 220621
My Comm. Expires Apr 14, 2019
Bonded through National Notary Assn.

NOTARY PUBLIC: _____
My Commission Expires

# Composite Exhibit "A"

**Kristina Bruce**

| | |
|---|---|
| **From:** | Candice McCarthy <candice@sourcefurniture.com> |
| **Sent:** | Monday, July 17, 2017 8:51 AM |
| **To:** | Andrew Feldman; Gerald Shvartsman |
| **Subject:** | Fwd: Baha Mar Project - Nassau, Bahamas |
| **Attachments:** | Letter to Vendors re CCA.pdf |



**Candice McCarthy**

National Accounts Manager

**m**  401.447.6787
**t**  305.630.8950 ext 2521
**w**  www.sourcefurniture.com

---------- Forwarded message ----------
From: **Natalia Dwornik** <dwornik_natalia@chinaconstruction.us>
Date: Mon, Nov 28, 2016 at 8:54 AM
Subject: Baha Mar Project - Nassau, Bahamas
To: candice@sourcecontract.com

Dear Candice,

I am writing to you with reference to the Baha Mar Project in Nassau, Bahamas.

As you may be aware, earlier this year Baha Mar Ltd went into receivership.

CCA Bahamas have been retained by the Receivers to complete the works (please see attached letter).

I understand that several Purchase Orders were issued to you for this project by Purchasing Solutions Ltd (on behalf of BML) and that some deposits have been paid.

We would very much like to work with you to complete these outstanding orders and would therefore appreciate if you would provide me with a status of all of them.

I am looking to issue you new PO's for items that have not yet been paid for in full and that have not yet shipped.

Many thanks for your assistance

Regards

Natalia Dwornik

dwornik_natalia@chinaconstruction.us

+1 242 424 1527

CCA Bahamas Ltd

Cable Beach, West Bay Street

PO Box SP-64124

Nassau, New Providence

The Bahamas



WWW.CHINACONSTRUCTION.US

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

- New Installs and New Products

- 2015-16 Catalog

- New Items

- Clearance Items

- Watch this Video



**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of Source Outdoor or its subsidiaries and/or affiliates.



(In Receivership and In Provisional Liquidation)

November 17, 2016

Dear Vendor,

**Re:    Baha Mar Ltd., Baha Mar Land Holdings Ltd., BMP Three Ltd., Baha Mar Properties Ltd., BMP Golf Ltd., Baha Mar Enterprises Ltd., Cable Beach Resorts Ltd., Baha Mar Operating Company Ltd., and Baha Mar Entertainment Ltd. (the "Baha Mar Companies")**

On October 30, 2015, Messrs. Raymond Winder, of Deloitte & Touche, Bahamas and Lai Kar Yan (Derek) and Darach Haughey, of Deloitte Touche Tohmatsu, Hong Kong, PRC, were appointed, inter alia, as joint receivers and managers ("Receivers") over all the assets, property and undertakings of Baha Mar Ltd. (In Provisional Liquidation) ("BML") and eight (8) other BML related entities ("Chargors") by Citibank, N.A., Bahamas Branch as Onshore Security Agent pursuant to a Debenture dated January 31, 2011, made between it as agent and the Chargors.

As a result of the aforesaid appointments, Messrs. Winder, Lai and Haughey are empowered to represent and conduct business on behalf of the nine (9) companies.

We are currently in the process of remobilizing the completion of the Baha Mar project and have entered a construction agreement with CCA Bahamas, Ltd. (CCA) to this end.

Please accept this letter as our authorization for CCA to complete transactions carried out with you on behalf of the Baha Mar Companies.

All queries should be directed to Charlene Paul at chapaul@deloitte.com or Leo Chan at leochana@deloitte.com.hk .

.../2

WEST BAY STREET P.O. Box CB-10977  NASSAU, THE BAHAMAS  T: 242.677.9000  F: 242.677.9100  BAHAMAR.COM

Please note that the liability of the Receiver-Managers for any claims, losses, costs and damages shall be limited to the amount to which the Receiver-Managers are entitled to be indemnified out of the assets of the Baha Mar Companies over which they have been appointed pursuant to any implied indemnity, Section 149 of the Companies Act and/or any order of the Court, or otherwise.

Thank you for your cooperation in this matter.

Sincerely,

*Raymond Winder*

**Raymond Winder**
**Joint and Several Receiver-Manager**
**Acting without personal liability**

RLW/*crp*

Exhibit "B"

## Kristina Bruce

| | |
|---|---|
| **From:** | Candice McCarthy <candice@sourcefurniture.com> |
| **Sent:** | Monday, July 17, 2017 8:52 AM |
| **To:** | Andrew Feldman; Gerald Shvartsman |
| **Subject:** | Fwd: Baha Mar Project - Nassau, Bahamas |

**Candice McCarthy**
National Accounts Manager



**m** 401.447.6787
**t** 305.630.8950 ext 2521
**w** www.sourcefurniture.com

---------- Forwarded message ----------
From: **Natalia Dwornik** <dwornik_natalia@chinaconstruction.us>
Date: Wed, Dec 7, 2016 at 11:15 AM
Subject: Re: Baha Mar Project - Nassau, Bahamas
To: Candice McCarthy <candice@sourceoutdoor.net>

Hi Candice
We appreciate the debt situation and we are making good monies owed.
So please send me all the details as requested.
I can then make out new CCA purchase orders to you so we can settle the debts and have all the outstanding orders completed.
Thanks again

Regards
Natalia

On 7 Dec 2016, at 11:13, Candice McCarthy <candice@sourceoutdoor.net> wrote:

Hi Natalia,

Unfortunately we're owed a lot of money from Baha Mar. If you're willing to pay for what's owed, we'll be willing to help you with anything we can.

Thank you kindly,

1

Candice

Sent from my iPhone

On Dec 7, 2016, at 10:47 AM, Natalia Dwornik <dwornik_natalia@chinaconstruction.us> wrote:

Hi Candice

Unfortunately the CCA email server was hacked recently and many emails were lost. Apologies therefore if I am not responding to the latest thread...

Please could you provide me with a reconciliation of all the items that were shipped as I am showing many open purchase orders. These open PO's are:

BM-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

BM-15-4-1012

BM-20-20-1036

BM-20-30-1060-R03

BM-30-20-1015

BM-30-30-1057-R02

BM-40-30-1042-R03

BM-50-20-1051

BM-50-20-1054

BM-50-30-1118-R02

BM-50-30-1131-R01

BM-90-30-1001-R03

BM-90-40-1000

BM-90-50-1000

BM-90-50-1004

BM-90-50-1017

BM-90-50-1018

BM-90-50-1006

Thank you

Much appreciated

Regards

Natalia

**From:** Candice McCarthy [mailto:candice@sourcecontract.com]
**Sent:** 28 November 2016 09:04
**To:** Natalia Dwornik <dwornik_natalia@chinaconstruction.us>
**Subject:** Re: Baha Mar Project - Nassau, Bahamas

Hi Natalia,

Thank you for your email.

We supplied much of the outdoor furniture for the pool deck and canopies.

We have already shipped what was paid (we shipped as payment arrived, CBD).

However there were more quantities requested, that we could not ship because payment was not received (and deposits went to the items shipped).

Are you working with a designer that I can review with, or Do you have confirmation of what areas (pool deck / restaurants) you have incomplete?

We were on site in the Bahamas a few weeks ago and saw some of the furniture, but not sure if you still have some in containers?

Margaret Cole had all documentation for containers - I no longer have this.

We have A LOT of in stock Quickship furniture, just let me know where you want to start.

Thanks,

**Candice McCarthy** 
Executive VP

m 401.447.6787

t 305.630.8950 ext 2521
W www.sourceoutdoor.net

On Mon, Nov 28, 2016 at 8:54 AM, Natalia Dwornik <dwornik_natalia@chinaconstruction.us> wrote:

Dear Candice,

I am writing to you with reference to the Baha Mar Project in Nassau, Bahamas.

As you may be aware, earlier this year Baha Mar Ltd went into receivership.

CCA Bahamas have been retained by the Receivers to complete the works (please see attached letter).

I understand that several Purchase Orders were issued to you for this project by Purchasing Solutions Ltd (on behalf of BML) and that some deposits have been paid.

We would very much like to work with you to complete these outstanding orders and would therefore appreciate if you would provide me with a status of all of them.

I am looking to issue you new PO's for items that have not yet been paid for in full and that have not yet shipped.

Many thanks for your assistance

Regards

Natalia Dwornik

dwornik_natalia@chinaconstruction.us

+1 242 424 1527

CCA Bahamas Ltd

Cable Beach, West Bay Street

PO Box SP-64124

Nassau, New Providence

The Bahamas



## WWW.CHINACONSTRUCTION.US

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

- New Installs and New Products

- 2015-16 Catalog

- New Items

- Clearance Items

- Watch this Video



**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of Source Outdoor or its subsidiaries and/or affiliates.


WWW.CHINACONSTRUCTION.US

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

- New Installs and New Products

- 2015-16 Catalog

- New Items

- Clearance Items

- Watch this Video



**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of Source Outdoor or its subsidiaries and/or affiliates.

WWW.CHINACONSTRUCTION.US

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

- <u>New Installs and New Products</u>

- <u>2015-16 Catalog</u>

- <u>New Items</u>

- <u>Clearance Items</u>

- <u>Watch this Video</u>



**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of Source Outdoor or its subsidiaries and/or affiliates.

Exhibit "C"

**Kristina Bruce**

| | |
|---|---|
| **From:** | Candice McCarthy <candice@sourcefurniture.com> |
| **Sent:** | Monday, July 17, 2017 8:53 AM |
| **To:** | Andrew Feldman; Gerald Shvartsman |
| **Subject:** | Fwd: Chat today? |



**Candice McCarthy**

National Accounts Manager

**m** 401.447.6787

**t** 305.630.8950 ext 2521

**w** www.sourcefurniture.com

---------- Forwarded message ----------
From: **Natalia Dwornik** <dwornik_natalia@chinaconstruction.us>
Date: Wed, Feb 8, 2017 at 5:37 PM
Subject: Re: Chat today?
To: "candice@sourcecontract.com" <candice@sourcecontract.com>

Hi Candice

At the moment I am unable to process any orders for Source Outdoors. The management team are reviewing. However, as I mentioned before, it is unlikely that any further payments can be made. I will update you when I receive a firm direction in how to proceed.

Regards
Natalia

On 7 Feb 2017, at 16:05, Candice McCarthy <candice@sourceoutdoor.net> wrote:

Hi Natalia,

My apologies too, I got your email and then knew I needed to wait for you.

Any luck with the spreadsheet? Are your days completely full with Ownership? I heard someone passed away; sorry to hear this. Very sad.

Do you think you'l have time tomorrow to review over the phone?

Let me know and I'll be happy to work around your schedule.

Thanks so much!

Best,





**Candice McCarthy**
National Accounts Manager
**m** 401.447.6787
**t** 305.630.8950 ext 2521
**w** www.sourceoutdoor.net


On Wed, Feb 1, 2017 at 8:26 AM, Natalia Dwornik <dwornik_natalia@chinaconstruction.us> wrote:

Hi Candice

Apologies for radio silence. With CNY and other issues I have to deal with, I haven't been focused on procurement over the last few days.
Firstly, hope mama and baby girl are both doing well?? Congratulations.

Secondly, I have been collecting and reviewing all the documents you have been sending. However, the Receivers have a fundamental issue with the $450k deposit monies previously paid, none of which is being honored by Source Outdoor - particularly since the level of orders has been very high. At this point I can only look at the orders that have not had a deposit paid on them.

I will schedule all the orders I have on a spreadsheet and send it over to you to review (just in case I don't have them all). I will annotate the ones that we can proceed with at the moment.

Thanks again for all your assistance.


Regards
Natalia


> On 1 Feb 2017, at 07:55, Candice McCarthy <candice@sourceoutdoor.net> wrote:
>
> Hi Natalia,
>
> Will you have time today to review?  When's a good time to call?  I'm working remote today, so let me know. Best # to reach me is cell, 401-447-6787.
>
> Look forward to hearing from you.

>
> Kindly,
>
> Candice
>
> Sent from my iPhone
> --
>
> *- New Installs and New Products
> <https://docs.google.com/presentation/d/1VIKbgEC0INuMpHgGf5ltQdd2azCuzeIFNwUSE-POgpw>*
>
> *- 2015-16 Catalog
> <https://drive.google.com/open?id=0B4YUdolNPJvkdHU5WXQ5SUdReEE>*
>
> *- New Items <http://www.sourceoutdoor.net/products/new/>*
>
> *- Clearance Items <http://www.sourceoutdoor.net/products/clearance/> *
>
> *- Watch this Video
> <https://drive.google.com/a/sourceoutdoor.net/file/d/0B-IH4BGmfXInQjlvT2FNTThQYmM/view?ts=570be184>*
>
> --
>
>
> --
> <http://www.sourceoutdoor.net>
>
> *Headquarters:* 11451 NW 36th Avenue, Miami, FL 33167
> ------------------------------
> The information contained in this electronic mail transmission is intended
> only for the use of the individual or entity named in this transmission. If
> you are not the intended recipient of this transmission, you are hereby
> notified that any disclosure, copying or distribution of the contents of
> this transmission is strictly prohibited and that you should delete the
> contents of this transmission from your system immediately. Any comments or
> statements contained in this transmission do not necessarily reflect the
> views or position of Source Outdoor or its subsidiaries and/or affiliates.

[http://ca.ccainc.us/CCA30Years.png]
WWW.CHINACONSTRUCTION.US <http://www.chinaconstruction.us>

This message contains confidential information and is intended only for the individual named.
If you are not the named addressee you should not disseminate, distribute or copy this e-mail.
Please notify the sender immediately by e-mail if you have received this e-mail by mistake and
delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or
incomplete, or contain viruses. The sender therefore does not accept liability for any errors or
omissions in the contents of this message, which arise as a result of e-mail transmission. If
verification is required please request a hard-copy version.

- New Installs and New Products

- 2015-16 Catalog

- New Items

- Clearance Items

- Watch this Video



**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of Source Outdoor or its subsidiaries and/or affiliates.



WWW.CHINACONSTRUCTION.US

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

- New Installs and New Products

- 2015-16 Catalog

- New Items

- Clearance Items

- Watch this Video



**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of Source Outdoor or its subsidiaries and/or affiliates.

Exhibit "D"

**Kristina Bruce**

| | |
|---|---|
| **From:** | Gerald Shvartsman <gerald@sourceoutdoor.net> |
| **Sent:** | Wednesday, April 19, 2017 1:17 PM |
| **To:** | Natalia Dwornik; Andrew Feldman |
| **Cc:** | Candice McCarthy; Luming Gao |
| **Subject:** | Re: Source Outdoor |

Natalie,

We received a letter dated November 17, 2016 from Baha Mar indicating the appointment of receivers and the authority of CCA to complete transactions carried out with us on behalf of the Baha Mar Companies.  Then, on November 28, 2016, you advised that you were looking to work with us to complete outstanding orders with Baha Mar through the issuance of PO's for items that have not been paid for in full and that have not yet shipped.  On December 7, 2016, at 11:13 a.m., you were advised by Candice with our office "Unfortunately we're owed a lot of money from Baha Mar.  If you're willing to pay for what's owed, we'll be willing to help with anything we can."  You responded two minutes later indicating:  "We appreciate the debt situation and we are making good monies owed.  So please send me all the details as requested.  I can make out new CCA purchase orders to you so we can settle the debts and have all the outstanding orders completed."  In reliance on your indication, for example, that "we are making good monies owed" certain purchase orders were processed.  Then, after a bit of back and forth and apparent server issues on your end, you advise us on February 8, 2017, that you are unable to process any orders for Source Outdoor.

We now turn to you and say make good on monies owed...as you indicated would be done...and you say that is not something you are responsible for.

In terms of our previously advising that "all the deposits previously made to you by BML for items you have not made or delivered, were put against your storage and losses. Therefore, even if CCA were responsible for the debt – and they are not – your company has been made whole" such is not accurate.  Source Outdoor has not been made whole.

We look forward to getting paid what is owed...which was the premise of our continuing to move forward with you...and to the making good of monies owed.

Regards,




**Gerald Shvartsman**
CEO

**t**  305.630.8950 ext 2500
**w** www.sourceoutdoor.net



1



On Wed, Apr 12, 2017 at 8:54 AM, Natalia Dwornik <dwornik_natalia@chinaconstruction.us> wrote:

Dear Gerald,

The PO was issued and paid for by CCA Bahamas.

You have a contractual obligation to deliver the items ordered and paid for by CCA.

Your debt with Baha Mar Ltd. is not something that CCA Bahamas are responsible for.

In any case, you previously advised me that all the deposits previously made to you by BML for items you have not made or delivered, were put against your storage and losses. Therefore, even if CCA were responsible for the debt – and they are not – your company has been made whole.

Please confirm delivery date of lounge chairs paid for by CCA.

Thank you

Regards

Natalia

**From:** Gerald Shvartsman [mailto:gerald@sourceoutdoor.net]
**Sent:** 07 April 2017 13:20
**To:** dwornik_natalia@chinaconstruction.us; Candice McCarthy <candice@sourcecontract.com>
**Subject:** Source Outdoor

Hi Natalia,

As you know, a multitude of items were ordered from our office that we could not deliver, and that we had to make other arrangements for, including for example, storage and / or mitigation of the losses associated therewith.  At this time, the sum of $352,677.30 is being applied towards such mitigation losses and the balance sum of $37,822.70 is being applied towards the accumulated storage fees.  You have also advised us that it is unlikely that any further payments can be made.  That is certainly problematic, as we will need a resolution of any and all financial matters prior to manufacture and / or delivery of any further materials.  Absent that, Source Outdoor reserves the right to dispose of such materials and apply funds to outstanding charges as we see fit.

I invite you to contact me if you want to discuss the issue further; however, we need to start with some sort of assurance that Source Outdoor will be made 100% financially whole.

Regards,

**Gerald Shvartsman**
☐ CEO

**t**  305.630.8950 ext 2500
**w**  www.sourceoutdoor.net

- <u>New Installs and New Products</u>

- <u>2015-16 Catalog</u>

- <u>New Items</u>

- <u>Clearance Items</u>

- <u>Watch this Video</u>

**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167

3

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of Source Outdoor or its subsidiaries and/or affiliates.



WWW.CHINACONSTRUCTION.US

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

- **New Installs and New Products**

- **2015-16 Catalog**

- **New Items**

- **Clearance Items**

- **Watch this Video**



# **Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of Source Outdoor or its subsidiaries and/or affiliates.

Exhibit "E"

## Products with Opportunities   Product Name contains atlantic chaise

| | Qty Ordered | Amount | Grand Total |
|---|---|---|---|
| **Close Date: FY 2014 (29 records)** | 1,329.00 | $421,017.75 | $435,098.59 |
| **Close Date: FY 2015 (36 records)** | 610 | $405,182.17 | $418,451.96 |
| **Close Date: FY 2016 (38 records)** | 1,119.00 | $521,066.46 | $535,245.95 |
| **Close Date: FY 2017 (39 records)** | 1,926.00 | $842,249.84 | $857,560.13 |
| **Grand Totals (142 records)** | 4,984.00 | $2,189,516.22 | $2,246,356.63 |

Confidentia nformation - Do Not D str bute
Copyr ght (c) 2000-2017 sa esforce.com, nc. A r ghts reserved.

**Generated By:**
Gary Contreras
Source Furn ture
7/15/2017 11:59 AM
F tered By:

Product Name conta ns at ant c cha se
AND Stage equa s Account ng Approva , n Product on,Fu f ment,Sh pp ng,De vered,De vered-Terms,Pend ng F na nspect on/Pa d n Fu ,C osed Won

Sorted By:

C ose Date: C ose Date - Sorted ascend ng

# Composite Exhibit "F"

## Kristina Bruce

| | |
|---|---|
| **From:** | Gerald Shvartsman <gerald@sourcefurniture.com> |
| **Sent:** | Monday, July 17, 2017 12:51 PM |
| **To:** | Andrew Feldman |
| **Subject:** | Chaise |



### La Scala Relaxed Sling Chaise Lounge





Print / PDF  |  Email  |  View Larger

|  Replacement Parts  |

| Group | Designer Choices | | |
|---|---|---|---|
| | TIN / 29233 | MOA / 10272 | ESP / 1183 |

--

**Gerald Shvartsman**

| CEO



**t**  305.630.8950 ext 2500

**w**  www.sourceoutdoor.net



- **New Installs and New Products**

- **2015-16 Catalog**

- **New Items**

- **Clearance Items**

- **Watch this Video**



**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of Source Outdoor or its subsidiaries and/or affiliates.



# JANUS et Cie®







## FLEET CHAISE LOUNGE

THE FLEET COLLECTION

PRODUCT NUMBER 719 30 201 40 84

FRAME: POWDER COATED ALUMINUM. SEAT & BACK: JEC PRIVATE LABEL POLYVINYL MESH. FLAT AND 3 ADJUSTABLE POSITIONS. STACKS TO 12.

| | | |
|---|---|---|
| W | 25.75" | 66 CM |
| H | 39.25" | 100 CM |
| L | 79.5" | 202 CM |
| SH | 13.75" | 35 CM |
| AH | 21.5" | 55 CM |

COLOR: BRONZE/TAUPE



ENVIRONMENTS



HIGHLIGHTS



DOWNLOAD

ADD TO MY PORTFOLIO



SHARE



Exhibit "G"

**Kristina Bruce**

| | |
|---|---|
| **From:** | Gerald Shvartsman <gerald@sourcefurniture.com> |
| **Sent:** | Monday, July 17, 2017 8:41 AM |
| **To:** | Andrew Feldman |
| **Subject:** | Fwd: POs listed as being stored at Source Outdoor |
| **Attachments:** | image002.png |



**Gerald Shvartsman**

CEO

**t**  305.630.8950 ext 2500

**w**  www.sourceoutdoor.net

---------- Forwarded message ----------
From: **Mike Williams** <mwilliams@pursol.com>
Date: Wed, Jul 22, 2015 at 11:07 AM
Subject: POs listed as being stored at Source Outdoor
To: Margaret Cole <margaret.cole@bahamar.com>, Gerald Shvartsman <gerald@sourceoutdoor.net>, Candice McCarthy <candice@sourcecontract.com>
Cc: Denise Ho <dho@pursol.com>, Brittney Martinez <bmartinez@pursol.com>

Team:

Attached, please find a DropBox link to copies of each of the purchase orders that are listed as items being stored and accruing storage fees for the Baha Mar project.  Please review and let's discuss on our call.

https://www.dropbox.com/sh/5ilf91hbxbv6f0r/AACnz5sdD3KKTX1nbapIqO_1a?dl=0

Thank you,
J. Mike Williams

[cid:image002.png@01D0C466.46391A00]
6100 Western Place, Suite 901
Fort Worth, TX 76107
*mwilliams@pursol.com<mailto:*mwilliams@pursol.com>
*(817) 862-8774
*(817) 312-6453
*(817) 862-9774
This e-mail message and any attachments contain information from Purchasing Solutions International, Inc.
which may be confidential or privileged. If you are not the intended recipient, you are hereby notified that any

disclosure copying, distribution, or use of the information contained herein is STRICTLY PROHIBITED. If you receive this transmission in error, please immediately contact the sender by telephone at (817-862-8774) and destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of Federal criminal law. Thank you.

- **New Installs and New Products**

- **2015-16 Catalog**

- **New Items**

- **Clearance Items**

- **Watch this Video**



## Headquarters: 11451 NW 36th Avenue, Miami, FL 33167

The information contained in this electronic mail transmission is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient of this transmission, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited and that you should delete the contents of this transmission from your system immediately. Any comments or statements contained in this transmission do not necessarily reflect the views or position of Source Outdoor or its subsidiaries and/or affiliates.