# EXHIBIT 1

**Kristina Bruce**

**From:** Candice McCarthy <candice@sourcefurniture.com>
**Sent:** Monday, July 17, 2017 8:52 AM
**To:** Andrew Feldman; Gerald Shvartsman
**Subject:** Fwd: Baha Mar Project - Nassau, Bahamas

Candice McCarthy

m

t

w www.sourcefurniture.com



---------- Forwarded message ----------
From: **Natalia Dwornik** <dwornik_natalia@chinaconstruction.us>
Date: Wed, Dec 7, 2016 at 11:15 AM
Subject: Re: Baha Mar Project - Nassau, Bahamas
To: Candice McCarthy <candice@sourceoutdoor.net>

Hi Candice
We appreciate the debt situation and we are making good monies owed.
So please send me all the details as requested.
I can then make out new CCA purchase orders to you so we can settle the debts and have all the outstanding orders completed.
Thanks again

Regards

On 7 Dec 2016, at 11:13, Candice McCarthy <candice@sourceoutdoor.net> wrote:

> Hi Natalia,
>
> Unfortunately we're owed a lot of money from Baha Mar. If you're willing to pay for what's owed, we'll be willing to help you with anything we can.
>
> Thank you kindly,

Candice

Sent from my iPhone

On Dec 7, 2016, at 10:47 AM, Natalia Dwornik <dwornik_natalia@chinaconstruction.us> wrote:

Hi Candice

Unfortunately the CCA email server was hacked recently and many emails were lost. Apologies therefore if I am not responding to the latest thread.

Please could you provide me with a reconciliation of all the items that were shipped as I am showing many open purchase orders. These open PO's are:

BM 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

BM 15-4 1012

BM 20 20 1036

BM 20 30 1060 R03

BM-30-20 1015

BM-30-30-1057-R02

BM-40-30-1042-R03

BM-50-20-1051

BM-50-20-1054

BM 50-30 1118 R02

BM 50 30 1131 R01

BM 90 30 1001 R03

BM 90 40 1000

BM-90-50-1000

BM 90 50 1004

BM 90 50 1017

5M 90 50 1014

8M 90-50-1006

Thank you

Much appreciated

Regards

Natalia

**From:** Candice McCarthy [mailto:candice@sourcecontract.com]
**Sent:** 28 November 2016 09:04
**To:** Natalia Dwornik <dwornik_natalia@chinaconstruction.us>
**Subject:** Re: Baha Mar Project - Nassau, Bahamas

Hi Natalia,

Thank you for your email.

We supplied much of the outdoor furniture for the pool deck and canopies.

We have already shipped what was paid (we shipped as payment arrived. CBD).

However there were more quantities requested. that we could not ship because payment was not received (and deposits went to the items shipped).

Are you working with a designer that I can review with. or Do you have confirmation of what areas (pool deck / restaurants) you have incomplete?

We were on site in the Bahamas a few weeks ago and saw some of the furniture, but not sure if you still have some in containers?

Margaret Cole had all documentation for containers - I no longer have this.

We have A LOT of in stock Quickship furniture, just let me know where you want to start.

Thanks,

Candice McCarthy

m 401 447 6787

t 305 630 8950 ext 2521

w www.[illegible]outdoor.net

On Mon, Nov 28, 2016 at 8:54 AM, Natalia Dwornik <dwornik_natalia@chinaconstruction.us> wrote:

Dear Candice,

I am writing to you with reference to the Baha Mar Project in Nassau, Bahamas.

As you may be aware, earlier this year Baha Mar Ltd went into receivership.

CCA Bahamas have been retained by the Receivers to complete the works (please see attached letter).

I understand that several Purchase Orders were issued to you for this project by Purchasing Solutions Ltd (on behalf of BML) and that some deposits have been paid.

We would very much like to work with you to complete these outstanding orders and would therefore appreciate if you would provide me with a status of all of them.

I am looking to issue you new PO's for items that have not yet been paid for in full and that have not yet shipped.

Many thanks for your assistance

Regards

Natalia Dwornik

dwornik_natalia@chinaconstruction.us

+1 242 424 1827

CCA Bahamas Ltd

Cable Beach, West Bay Street

PO Box SP-64124

Nassau, New Providence

The Bahamas

WWW.CHINACONSTRUCTION.US

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

- New Installs and New Products

- 2015-16 Catalog

- New Items

- Clearance Items

Watch this Video

**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167




This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

- New Installs and New Products
- 2015-16 Catalog
- New Items
- Clearance Items
- Watch this Video



**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167

WWW.CHINACONSTRUCTION.US

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

- New Installs and New Products
- 2015-16 Catalog
- New Items
- Clearance Items

Watch this Video



**Headquarters:** 11451 NW 36th Avenue, Miami, FL 33167