# EXHIBIT 2

| | |
|---|---|
| From: | Candice McCarthy <candice@sourceoutdoor.net> |
| Sent: | Monday, December 12, 2016 2:05 PM |
| To: | Natalia Dwornik |
| Subject: | Re: Baha Mar Project - Nassau, Bahamas |

Hi Natalia,

I'll have more time to work on this tomorrow.

It's a tad confusing because all of the old POs have been closed out, and written off, etc.

So now, I need to go back and see what you have on site, and then I can send you new proposals.

Are you on-site in the Bahamas now?

We'd like to schedule meetings there to review new orders.

Kindly advise,

**Candice McCarthy**
- Executive VP
- m  401.447.6787
- t  305.630.8950 ext 2521
- w  www.sourceoutdoor.net

      

On Mon, Dec 12, 2016 at 1:49 PM, Natalia Dwornik <dwornik_natalia@chinaconstruction.us> wrote:

Hi Candice

I was wondering when we might receive your reconciliation.

I am keen to close out your account this week in order for the debts to be paid prior to the end of the year.

I would greatly appreciate your assistance with this.

Thanks again

Regards

Natalia

1