# EXHIBIT 4

| Subscribe | Past Issues | | Trans |

Incredible offer in our Atlantic Chaises and More!    View this email in your browser



For more information contact Candice McCarthy
305.630.8950 ext 2521
786.713.3280
candice@sourceoutdoor.net



**GREAT OFFER FOR LIMITED TIME ONLY!**
**Atlantic Chaise**



Full Catalog   Hospitality Guide   Bar & Restaurant Guide   Register   Log in

SOURCEfurniture.

PRODUCTS   COLLECTIONS   FINISHES   GALLERY

Atlantic Chaise with Arms

1-800-260-4512