AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CCA BAHAMAS LTD.

V.

CONQUEST FINANCIAL MGMT. CORP.

**EXHIBIT AND WITNESS LIST**

Case Number: 17-22437-CIV-MOORE

| PRESIDING JUDGE Andrea M. Simonton | PLAINTIFF'S ATTORNEY Alvin Davis | DEFENDANT'S ATTORNEY Andrew Feldman |
|---|---|---|
| TRIAL DATE (S) Evidentiary Hrg. - 7/19/17 | COURT REPORTER Yvette Hernandez | COURTROOM DEPUTY A.L. Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 3 |  | 7/19/17 | X | X | Affidavit of Natalia Dwornik |
| 4 |  | 7/19/17 | X | X | Purchase Order issued by CCA Bahamas to Source Outdoor |
| 5 |  | 7/19/17 | X | X | Demand Letter dated 5/3/17 |
| 6 |  | 7/19/17 | X | X | Att. A to Supplemental Memo - Confirmation of Payment from CCA to Source |
| 7 |  | 7/19/17 | X | X | Att. B to Supplemental Memo - Receipt of Payment from Defendant |
| 8 |  | 7/19/17 | X | X | Att. C to Supplemental Memo - Notice of Order in Production |
| 9 |  | 7/19/17 | X | X | Att D to Supplemental Memo - Copy of Deft's Advertisement for Chairs at Issue |
| 11 |  | 7/19/17 | X | X | Ex. 1 to Supplemental Affidavit - Email 12/7/16 req. details of previous transactions |
| 12 |  | 7/19/17 | X | X | Ex. 2 to Supplemental Affidavit - Email 12/12/16 requesting further Information |
| 13 |  | 7/19/17 | X | X | Ex. 3 to Supplemental Affidavit - Photo of Chair previously purchased |
| 14 |  | 7/19/17 | X | X | Ex. 4 to Supplemental Affidavit - Deft's Ad w/Photo of Chair being offered for sale |
| 15 |  | 7/19/17 | X | X | Supplemental Affidavit of Natalia Dwornik |
|  | 5 | 7/19/17 | X | X | Affidavit of Gerald Shvartsman |
|  | 6 | 7/19/17 | X | X | Article attached as Exhibit A to Response |
|  | 14 | 7/19/17 | X | X | December 7, 2016 Emails (Exhibit B to Shvartsman Affidavit) |
|  | 15 | 7/19/17 | X | X | Emails of February 1, 7, 8, 2017 (Exhibit C to Shvartsman Affidavit) |
|  | 16 | 7/19/17 | X | X | Emails of April 7, 12, 19, 2017 (Exhibit D to Shvartsman Affidavit) |
|  | 17 | 7/19/17 | X | X | Conquest sales history Spreadsheet (Exhibit E to Shvartsman Affidavit) |
|  | 18 | 7/19/17 | X | X | Email of 7/17/17 of Images of Chair (Exhibit F to Shvartsman Affidavit) |
|  | 19 | 7/19/17 | X | X | Email of 7/22/15 (Exhibit G to Shvartsman Affidavit) |
|  | 20 | 7/19/17 | X | X | Email of 3/8/17 with Attachment |
|  | 21 | 7/19/17 | X | X | Deposit Detail Report w/Check Composites |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

Page 2 of 2 Pages

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF<br>CCA BAHAMAS LTD | | | vs. | DEFENDANT<br>CONQUEST FINANCIAL MGMT. CORP. | | CASE NO.<br>17-22437-CIV-MOORE |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 22 | 7/19/17 | ✓ | ✓ | Email of 11/28/16 with Attachment |
|  |  |  |  |  |  |
|  |  |  |  |  | Witness Natalia Dworkin sworn and testified |
|  |  |  |  |  | Witness Gerald Shvartsman sworn and testified |

Page 2 of 2 Pages