# EXHIBIT A


CCA Bahamas, Ltd.

CCA Bahamas, Ltd
Nassau Beach Hotel, West Bay St., (Old Wyndham J Tower)
Nassau,
Phone +1(242)677-9000

# Purchase Order
# BahaMar-FF&E-90Beach
# Sanctuary-D-PO-007

Project 001 - Baha Mar Project
West Bay Street, Baha Mar
Nassau,

## BahaMar-FF&E-90Beach Sanctuary-D-PO-007

| | |
|---|---|
| DATE CREATED | 01/04/2017 |
| BILL TO | CCA Bahamas Ltd<br>Construction Office<br>Cable Beach, West Bay Street<br>P.O. Box SP64124 Nassau, Bahamas<br>Contact Natalia Dwornik<br>Phone 1(242)4241527 |
| SHIP TO | |
| CONTRACT COMPANY | ~~Source Contract~~  SOURCE OUTDOOR<br>3435 NW112th Street<br>Miami Florida 33188<br>Phone 1(305) 630-8950 Ext 2525 |
| CREATED BY: | Yawen Wang (CCA Bahamas, Ltd ) |
| STATUS | Approved |
| EXECUTED | Yes |
| PAYMENT TERMS | Full payment prior to shipment |
| ASSIGNEE | No Assignee |
| SHIP VIA | |
| DELIVERY DATE | |
| DEFAULT RETAINAGE | |

DESCRIPTION
SO-521-31 Atlantic Chaise Lounge 1471 No have been shipped, need to ship the rest 1420 No
Atlantic Chaise Lounge
Dimensions. Depth 81" Width 31" Height, 15" Seat Depth: 50" Seat Width, 26" Seat Height, 15" Arm Height, 20"
Color/Finish: Frame Powder Coated Aluminum- White, Exterior: Synthetic Sling- White

Notes
1.To be shipped immediately
2.Please attach following information to the outside of the packaging
Project Name: Baha Mar – General Beach(90)
Plus Item Reference: SO-521-31

ATTACHMENTS:
BM-90-30-1000 Source Contract.pdf

| # | COST CODE | DESCRIPTION | TYPE | QUANTITY | UNITS | UNIT COST | SUBTOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 12 - Furnishings | SO-521-31 | Other | 2891.0 | EA | $275.00 | $795,025.00 |
| 2 | 12 - Furnishings | Deposit | Other | 1.0 | | $-404,525.00 | ($404,525.00) |
| | | | | | | Grand Total | $390,500.00 |

CCA Bahamas, Ltd
Nassau Beach Hotel, West Bay St., (Old Wyndham J Tower)
Nassau

SIGNATURE  01/05/17
DATE

Source Contract
3435 NW112th Street
Miami, Florida 33188

SOURCE OUTDOOR
11451 NW 36th Ave.
Miami, Florida 33167

Candice McCarthy  1/6/17
SIGNATURE  DATE



# SOURCEOUTDOOR

11451 NW 36th Ave | Miami, Florida 33167
P. (800) 260-4512 | F. (800) 260-5155

# INVOICE

| | | |
|---|---|---|
| Invoice Date | Order No. | |
| | OSF2025105 | |

| Sales Rep | PO # | Invoice # |
|---|---|---|
| Candice McCarthy | Original PO # BM-90-30-1000 | |

| Terms | Carrier | Tracking Number |
|---|---|---|
| CBD | | |

| Contact Name | Phone |
|---|---|
| Natalia Dwornik | +1 242 424 1527 |
| Email | Fax |
| dwornik_natalia@chinaconstruction.us | |

**Project Name**
CCA Bahamas Ltd.- Baha Mar

**Bill To**
C/O
CCA Bahamas Ltd.
United States

**Ship To**
Baha Mar Ltd
Natalia Dwornik
West Bay Street
Nassau,
Bahamas

| Image | Product Information | Ordered | Rate | Amount |
|---|---|---|---|---|
| | SO-3005-104<br>Atlantic Chaise w/ Arms<br>Powder Coated Aluminum Frame<br>Synthetic Sling Fabric Seat & Back<br>W:29" x D:81" x H:20"<br>Sling: White<br>Powder Color: PC401 Sky White | 1420 | $ 275.00 | $ 390,500.00 |

| | |
|---|---|
| Total: | 390,500.00 |
| Tax: | .00 |
| Freight: | .00 |
| Grand Total: | $ 390,500.00 |
| Amount Paid: | .00 |
| Balance Due: | $ 390,500.00 |

Make Checks Payable to: **Source Outdoor**

ATTENTION RECEIVERS: By signing this paper you agree to the below.

The information contained in this quotation is subject to change without notice and will not be binding on Source Outdoor unless authorized personnel of Source Outdoor verify it in writing at the time an order is placed. This quotation is subject to Source Outdoor standard terms and conditions and is available upon request. Price quoted is for the quantity shown on this document. Prices quoted for stock items are valid 7 days subject to availability, unless otherwise stated. Prices quoted for specials and nonstandard items are "Price in Effect at Time of Order". Freight for reference only and must be requoted no sooner than 7 days from delivery date.

Please inspect each item for damages and correct quantities.

NO LIFT GATE UNLESS SPECIFIED.

We maintain the right to bill you lift-gate charges ($75.00) should you use this service. Lift-Gate is necessary for locations with no loading dock, in order to simply unload and prevent damages.

Source Outdoor does not authorize for the refusal of cargo by the recipient. If the shipment is damaged the recipient must accept the cargo in order for an insurance claim to be filed. Please notate the damage on the delivery receipt while the driver is there and contact us immediately to report the damage. Failure to comply voids any responsibility by the vendor. Without doing so, all responsibitlity for receiving damaged product falls on customer. Please call 1-800-260-4512 while the driver is still there, if you have any questions.

Any change in powder coat color, sling, or fabric to an order already in production will be subject to a modification fee of up to 50% and a new delivery date based on the originally quoted lead time.

Any change in powder coat color, sling, or fabric to an order already in production will be subject to a modification fee of up to 50% and a new delivery date based on the originally quoted lead time.

# SOURCEOUTDOOR

11451 NW 36th Ave. | Miami, FL 33167 | United States
P: 305.630.8950 | T: 800.260.4512 | F: 305.685.2948

## QUOTE

| | |
|---|---|
| Quote Number | 00016791 |
| Created Date | 1/4/2017 |
| Expiration Date | 2/3/2017 |

### General Information

| | | | |
|---|---|---|---|
| Name | Natalia Dwornik | Email | dwornik_natalia@chinaconstruction.us |
| Phone | +1 242 424 1527 | | |

Project Name: CCA Bahamas Ltd.- Baha Mar

### Address Information

| | | | |
|---|---|---|---|
| Bill To Name | CCA Bahamas Ltd. | Ship To Name | CCA Bahamas Ltd. |
| Bill To | | Ship To | West Bay Street |
| | | | Nassau, |
| | United States | | Bahamas |
| Quote To | | Additional To | |
| | United States | | United States |

### Quote Line Items

| Image | Product Information | Product Finish | Quantity | Sales Price | Subtotal |
|---|---|---|---|---|---|
| | SO-3005-104 Atlantic Chaise w/ Arms Powder Coated Aluminum Frame Synthetic Sling Fabric Seat & Back W:29" x D:81" x H:20" | Sling: White Powder Color: PC401 Sky White | 1,420.00 | USD 275.00 | USD 390,500.00 |

### Totals

| | |
|---|---|
| Subtotal | USD 390,500.00 |
| Tax | USD 0.00 |
| Freight Amount | USD 0.00 |
| Grand Total | USD 390,500.00 |

The information contained in this quotation is subject to change without notice and will not be binding on Source Outdoor unless authorized personnel of Source Outdoor verify it in writing at the time an order is placed. This quotation is subject to Source Outdoor standard terms and conditions and is available upon request. Price quoted is for the quantity shown on this document. Prices quoted for stock items are valid 7 days subject to availability, unless otherwise stated. Prices quoted for specials and nonstandard items are "Price in Effect at Time of Order". Freight for reference only and must be requoted no sooner than 7 days from delivery date.

- Quotes are only good for 30 days from creation date.
- Freight quotes are only valid for 7 working days from time quote is received.
- Customer is responsible for retaining an updated freight quote after the expiration date.
- This is only a quote, the actual freight charges may vary and Source Outdoor is not responsible for the difference.

# EXHIBIT B

| Product | Item # | Vendor/Customer | Description | Qty | Unit Price | Amount | Amount Invoiced | Amount Paid | Balance Due | Status | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BM-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 | 34497 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML- 9 Round Tables for Flamingo Bar | Sedona Table with Umbrella Hole #NO-1009-565 | 9.00 | $ 430.00 | $ 3,870.00 | $ 3,870.00 | $ - | $ 3,870.00 | Not shipped / Frames in WH | Balance Due |
| BM-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-R01 | 29735 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Airstream Seating #130 | Verona SM Rd Base | 6.00 | $ 106.65 | $ 639.90 | $ 1,171.80 | $ - | $ 1,171.80 | Shipped | Balance Due |
| BM-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-R01 | 29735 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Airstream Seating #130 | Nevada Table top with Umbrella hole | 6.00 | $ 88.65 | $ 531.90 |  |  |  | Shipped | Balance Due |
| BM-15-40-1012 | 3301 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Purchasing Solutions International, Inc - PO#BM-15-40-1012 | Custom Awning @ High Limit Slots | 9.00 | $ 4,650.00 | $ 41,850.00 | $ 41,850.00 | $ 20,925.00 | $ 20,925.00 | Not shipped / Frames in WH | Balance Due |
| BM-20-20-1036 | 34203 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar LTD BML- SLS Hotel (20) - Casegoods | Side Table w/side door laser cut circular lattice detail 21"W x 22"D X 31"H | 22.00 | $ 975.00 | $ 21,450.00 | $ 50,380.00 | $ 37,785.00 | $ 12,595.00 | Not shipped / Frames in WH | Balance Due |
| BM-20-20-1036 | 34203 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar, LTD BML- SLS Hotel (20) - Casegoods | Cubbie Coffee Table (6 compartments) | 22.00 | $ 1,315.00 | $ 28,930.00 |  |  |  | Not shipped / Frames in WH | Balance Due |
| BM-20-20-1044 | 34644 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - SLS Hotel (20) - Casegoods | Weave side table @ Aqua Bret | 12.00 | $ 137.50 | $ 1,650.00 | $ 1,650.00 | $ - | $ 1,650.00 | Shipped | Balance Due |
| BM-20-30-1060-R03 | 34113 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - PO# BM- 20-30-1060-R03 (Area 20) Seating | Sectional Sofa w/Arm Chaise AH: 28" SH: 17"H Seat Depth 24"-D - Keg Height 7" (COM Perennials: Nit Witty # 930-124, Sea Salt) | 22.00 | $ 2,910.00 | $ 64,020.00 | $ 88,849.50 | $ 65,290.50 | $ 23,559.00 | | Balance Due |
| BM-20-30-1060-R03 | 34113 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - PO# BM- 20-30-1060-R03 (Area 20) Seating | Knife Edge Accent Pillow A w/self welt @ Sectional Sofa 18 X 18" Marine Grade & Fast-Dri Foam (COM: Samelson Chatelaine: Barrier Reef- #99 Raven, Pattern must be centered w/concealed non-rust zip) | 44.00 | $ 40.50 | $ 1,782.00 |  |  |  | | Balance Due |
| BM-20-30-1060-R03 | 34113 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - PO# BM- 20-30-1060-R03 (Area 20) Seating | Knife Edge Accent Pillow B w/self welt @ Sectional Sofa 18 X 18" Marine Grade & Fast-Dri Foam (COM: Opuzen: Cabana Stripe #4858-3964 Berry, Pattern must be centered) | 44.00 | $ 40.50 | $ 1,782.00 |  |  |  | | Balance Due |
| BM-20-30-1060-R03 | 34113 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - PO# BM 20 30-1060-R03 (Area 20) Seating | Knife Edge Accent Pillow w/self welt @ Daybed 24 X 24" Marine Grade & Fast Dri Foam (COM: Opuzen: Cabana Stripe #4858-3964 Berry, Pattern must be centered) | 24.00 | $ 54.00 | $ 1,296.00 |  |  |  | | Balance Due |
| BM-20-30-1060-R03 | 34113 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - PO# BM 20 30-1060-R03 (Area 20) Seating | Knife Edge Accent Pillow w/self welt @ Daybed 20 X 20" Marine Grade & Fast Dri Foam (COM: Samelson-Chatelaine: Barrier Reef- #99 Raven, Pattern must be centered) | 18.00 | $ 42.75 | $ 769.50 |  |  |  | | Balance Due |
| BM-20-30-1060-R03 | 34113 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - PO# BM- 20-30-1060 R03 (Area 20) Seating | Outdoor Wicker Daybed 72"D X 34" High Back (COM @ Daybed Perennials: Nit Witty # 930-124, Sea Salt) (COM @ Overhead Shade Opuzen #4858-3964 Cabana Stripe Berry) | - | $ 3,200.00 | $ 19,200.00 |  |  |  | Not shipped / Frames in WH | Balance Due |
| BM-20-40-1011 | 34114 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - BM-20-40- 1011 (Area 20 Sheers, Softgoods) | Cabana Sheer Drapery (COM: Perennials #260-28 Shimmer Blanca) | 22.00 | $ 650.00 | $ 14,300.00 | $ 14,300.00 | $ 10,725.00 | $ 3,575.00 | Shipped in Full | Balance Due |
| BM-30-20-1015 | 34108 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML- Grand Hyatt Hotel (30) - Casegoods | Side Table w/side door laser cut circular lattice detail 21"W X 22"D X 31"H | 15.00 | $ 975.00 | $ 14,625.00 | $ 34,350.00 | $ 25,762.50 | $ 8,587.50 | Not shipped / Frames in WH | Balance Due |
| BM-30-20-1015 | 34108 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML- Grand Hyatt Hotel (30) - Casegoods | Cubbie Coffee Table (6 compartments) | 15.00 | $ 1,315.00 | $ 19,725.00 |  |  |  | Not shipped / Frames in WH | Balance Due |
| BM-30-30-1057-R02 | 34115 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML- Grand Hyatt Hotel (30) Seating | Sectional Sofa w/Arm Chaise AH: 28"- SH: 17"H Seat Depth 24"-D - Keg Height 7" (COM Sofa- Perennials: Nit Witty # 930-124, Sea Salt) | 15.00 | $ 2,910.00 | $ 43,650.00 | $ 46,980.00 | $ 33,648.75 | $ 13,431.25 | Not shipped / Pillows / Frames in WH | Balance Due |
| BM-30-30-1057-R02 | 34115 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML- Grand Hyatt Hotel (30) Seating | Knife Edge Accent Pillow A w/self welt @ Sectional Sofa 18x18 Marine Grade & Fast Dri Foam (COM Telescope Casual #940 Tide-4636R, Pattern must be centered w/concealed non-rust zip) | 30.00 | $ 40.50 | $ 1,215.00 |  |  |  | Not shipped / Pillows / Frames in WH | Balance Due |
| BM-30-30-1057-R02 | 34115 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML- Grand Hyatt Hotel (30) Seating | Knife Edge Accent Pillow B w/self welt @ Sectional Sofa 18 X 18" Marine Grade & Fast-Dri Foam (COM Perennials - I Love Stripes # 840-167, Mandarin) | 30.00 | $ 40.50 | $ 1,215.00 |  |  |  | Not shipped / Pillows / Frames in WH | Balance Due |
| BM-30-40-1004 | 34116 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML- Grand Hyatt Hotel (30) - Softgoods (Sheers) | Cabana Sheer Drapery (COM: Perennials, #260-28 Shimmer: Blanca) | 15.00 | $ 650.00 | $ 9,750.00 | $ 9,750.00 | $ 7,312.50 | $ 2,437.50 | Shipped | Balance Due |
| BM-40-20-1021 | 34631 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Casino Hotel (40) Casegoods | King Hi Cube Side Table. # SO-214-10: Espresso Weave | 11.00 | $ 218.25 | $ 2,400.75 | $ 3,242.25 | $ - |  | Shipped | Paid in Full |
| BM-40-20-1021 | 34631 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Casino Hotel (40) Casegoods | King Lrg Coffee Table, #SO 214 B1: Espresso Weave | 2.00 | $ 420.75 | $ 841.50 |  |  |  | Shipped | Paid in Full |

| Code | Item | PO# | Client | Description | Qty | Unit Price | Extended | Col9 | Col10 | Col11 | Status | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost Balance Due | BM-40-20-1022 | 34109 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) - Casegoods | Side Table w/side door laser cut circular lattice detail 21"W X 22"D X 31"H | 21.00 | $975.00 | $20,475.00 | $48,090.00 | $45,227.50 | $2,862.50 | Shipped in Full | Balance Due |
| Complete Balance Due | BM-40-20-1022 | 34109 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) - Casegoods | Cubban Coffee Table (6 compartments) | 21.00 | $1,315.00 | $27,615.00 | | | | Shipped in Full | Balance Due |
| | BM-40-20-1028-R01 | 36602 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI-40-20-1028 | Temp Table @ Hayet & Casino Bar | 15.00 | $400.00 | $6,000.00 | $12,400.00 | $12,800.00 | $(400.00) | Shipped in Full | Paid in Full |
| Paid in Full | BM-40-20-1028-R01 | 36602 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI-40-20-1028 | Temp Table @ Hayet & Casino bar | 17.00 | $400.00 | $6,800.00 | | | | Shipped in Full | Paid in Full |
| Paid in Full | BM-40-30-1041 | 34490 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino Hotel (4D) Seating | Manhattan Chaise Lounge (Natural Fabric) | 18.00 | $535.50 | $9,639.00 | $17,226.00 | $17,226.00 | $ - | Shipped in Full | Paid in Full |
| | BM-40-30-1041 | 34490 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino Hotel (4D) Seating | King Lounge Chair (Natural Fabric) | 8.00 | $688.50 | $5,508.00 | | | | Shipped in Full | Paid in Full |
| Paid in Full | BM-40-30-1041 | 34490 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino Hotel (4D) Seating | King Loveseat (Natural Fabric) | 2.00 | $1,039.50 | $2,079.00 | | | | Shipped in Full | Paid in Full |
| Partial Shipment | BM-40-30-1042-R03 | 34117 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) - Seating | Sectional Sofa w/Arm Chaise AH - 28" - SH - 17 ¾" Seat Depth 24" D - Keg Height 7" (COM: Perennials- Nit Witty # 930-124, Sea Salt) | 21.00 | $2,910.00 | $61,110.00 | $87,775.50 | $87,775.50 | $ - | Partial Shipment / Frames in WH | Balance Due |
| | BM-40-30-1042-R03 | 34117 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) - Seating | Knife Edge Accent Pillow A w/self welt 18 X 18" Marine Grade & Fast-Dri Foam (COM: Chella Textiles, Jamaican Stripe #300-55, Caribbean Blue) | 42.00 | $40.50 | $1,701.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-40-30-1042-R03 | 34117 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) Seating | Knife Edge Accent Pillow B w/self welt @ Sectional Sofa 16 X 16", Marine Grade & Fast-Dri Foam (COM: Perennials, #140-119 Scuba Do Island Coral. Pattern must be centered w/concealed non-rust zip) | 42.00 | $40.50 | $1,701.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-40-30-1042-R03 | 34117 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) Seating | Knife Edge Accent Pillow w/self welt @ Daybed @ Upper Pool 24 X 24" (COM: Chella, Jamaican Stripe #300-55, Caribbean Blue) | 18.00 | $54.00 | $972.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-40-30-1042-R03 | 34117 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) - Seating | Knife Edge Accent Pillow w/Accent Fringe @ Daybed @ Upper Pool 20 X 20" Marine Grade (COM: Perennials, #140-119 Scuba Do Island Coral) | 18.00 | $42.75 | $769.50 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-40-30-1042-R03 | 34117 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) - Seating | Knife Edge Accent Pillow A w/self welt @ Daybed 23x23 Marine Grate (COM Chella Jamaican Stripe #300-55, Caribbean Blue) Pattern must be centered | 24.00 | $54.00 | $1,296.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-40-30-1042-R03 | 34117 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) - Seating | Knife Edge Accent Pillow B, 17x20 @ Daybed, Marine Grade (COM: Perennials: #140-119 Scuba Do Island Coral) | 24.00 | $42.75 | $1,026.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-40-30-1042-R03 | 34117 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) - Seating | Capri Daybed w/Leg Footstool @ Upper Pool 68" X 47" X 36" (COM @ Daybed: Perennials Nit Witty # 930-124, Sea Salt) (COM @ Overhead Shade - Sunbrella #4893 Manhattan Cobalt, Manhattan Cobalt) | 6.00 | $3,200.00 | $19,200.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-40-30-1042-R03 | 34117 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino (4D) - Seating | Sectional Daybed w/Canopy 84"D X 24"W X 58"H (COM: Perennials: Nit Witty # 930-124, Sea Salt / COM @ Overhead Shade - Sunbrella #4652 Mediterranean Blue) | 0.00 | $3,200.00 | $ - | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-40-40-1018 | 34118 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Casino Hotel (4H) Softgoods | Cabana Sheer Drapery (COM: Perennials, #260-28 Shimmer Blanca) | 21.00 | $650.00 | $13,650.00 | $13,650.00 | $10,237.50 | $3,412.50 | Shipped in Full | Balance Due |
| | BM-50-20-1051 | 34110 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Rosewood Hotel (5D) - Casegoods | Side Table w/side door laser cut circular lattice detail 21"W X 22"D X 31"H | 18.00 | $1,315.00 | $23,670.00 | $41,220.00 | $30,915.00 | $10,305.00 | Partial Shipment / Frames in WH | Balance Due |
| | BM-50-20-1051 | 34110 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Rosewood Hotel (5D) - Casegoods | Cubban Coffee Table (6 compartments) | 18.00 | $975.00 | $17,550.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-50-20-1054 | | | | 2.00 | $293.75 | $589.50 | $ - | $ - | $ - | | |
| | BM-50-30-1118-R02 | 34119 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Rosewood Hotel (5D) Seating | Sectional Sofa w/Arm Chaise AH - 28" - SH - 17 ¾" Seat Depth 24" D - Keg Height 7" (COM: Perennials- Nit Witty # 930 124, Sea Salt) | 18.00 | $2,910.00 | $52,380.00 | $55,296.00 | $40,373.50 | $14,922.50 | Partial Shipment / Frames in WH | Balance Due |
| | BM-50-30-1118-R02 | 34119 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Rosewood Hotel (5D) Seating | Knife Edge Accent Pillow A w/ Self Welt @ Sectional Sofa 18x18 Marine Grade & Fast-Dri Foam (COM: Perennials, Vintage Stripe # 865-90, Hello Salior) | 36.00 | $40.50 | $1,458.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-50-30-1118-R02 | 34119 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BMI - Rosewood Hotel (5D) Seating | Knife Edge Accent Pillow B w/ Self Welt @ Sectional Sofa 16x16 Marine Grade & Fast-Dri Foam (COM: Telescope Casual: Luxe Indigo, #45690-0000, Indigo) | 16.00 | $40.50 | $1,458.00 | | | | Partial Shipment / Frames in WH | Balance Due |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | BM-50-30-1131-R-01 | 34668 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Rosewood L06 SE & SW | Tahiti Love Seat (COM: Opuzen: AF Sisal Plain, Royalty / COM @ WELT: Romo: Canvas Washable #KS084/29, Sunshine) w/ 4-Pillows, 20x20 (COM: Cowtan & Tout: Calypso # 4647-01; Marine / COM @ FRINGE: Samuel & Sons: Printemps Brush Fringe # 983-52390-22, Midnight) | 2.00 | $ 1,415.00 | $ 2,830.00 | $ 14,265.00 | $ - | $ 14,265.00 | Not Shipped | Not Paid |
| | BM-50-30-1131-R-01 | 34668 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Rosewood L06 SE & SW | Tahiti Lounge Chair with Pillow (COM @ Seat: Opuzen: AF Sisal Plain, Royalty / COM / WELT - Romo Group: Canvas Washable #KS084/29, Sunshine) (COM@ Pillow: 18x18: Link Outdoor #31-51, Swagger: Cobalt / COM / WELT: Romo Group: Canvas Washable #KS084/29: Sunshine) | 4.00 | $ 860.50 | $ 3,442.00 | | | | Not Shipped | Not Paid |
| | BM-50-30-1131-R-01 | 34668 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Rosewood L06 SE & SW | Tahiti Love Seat (COM: Opuzen: AF Sisal Plain, Royalty / COM @ WELT: Romo: Canvas Washable #KS084/29, Sunshine) w/ 4-Pillows, 20x20 (COM: Cowtan & Tout: Calypso # 4647-01; Marine / COM @ FRINGE: Samuel & Sons: Printemps Brush Fringe # 983-52390-22, Midnight) | 2.00 | $ 1,415.00 | $ 2,830.00 | | | | Not Shipped | Not Paid |
| | BM-50-30-1131-R-01 | 34668 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Rosewood L06 SE & SW | Tahiti Lounge Chair with Pillow (COM @ Seat: Opuzen: AF Sisal Plain, Royalty / COM / WELT - Romo Group: Canvas Washable #KS084/29, Sunshine) (COM@ Pillow: 18x18: Link Outdoor #31-51, Swagger: Cobalt / COM / WELT: Romo Group: Canvas Washable #KS084/29: Sunshine) | 6.00 | $ 860.50 | $ 5,163.00 | | | | Not Shipped | Not Paid |
| Delivered | BM-50-40-1030 | 34120 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - RML: Rosewood Hotel (50) - Softgoods | Cabana Sheer Drapery (COM: Perennials, #260-28 Shimmer - Blanca) | 18.00 | $ 650.00 | $ 11,700.00 | $ 11,700.00 | $ 8,992.00 | $ 2,908.00 | Shipped in Full | Balance Due |
| | BM-90-20-1000 | 34112 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: General Beach (90) - Casegoods | Side Table w/Jute door laser cut circular lattice detail 21"W x 22"D x 31 H | 12.00 | $ 975.00 | $ 11,700.00 | $ 27,480.00 | $ 20,610.00 | $ 6,870.00 | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-20-1000 | 34112 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: General Beach (90) - Casegoods | Cubbie Coffee Table (6 compartments) | 12.00 | $ 1,315.00 | $ 15,780.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-30-1000 | 23327 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: General Beach (90) Seating | Atlantic Chaise White #SO-521-31 | 443.00 | $ 275.00 | $ 121,825.00 | $ 795,025.00 | $ 639,000.00 | $ 156,025.00 | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-30-1000 | 23327 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: General Beach (90) Seating | Atlantic Chaise White #SO-521-31 | 383.00 | $ 275.00 | $ 105,325.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-30-1000 | 23327 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: General Beach (90) Seating | Atlantic Chaise White #SO-521-31 | 284.00 | $ 275.00 | $ 78,100.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-30-1000 | 23327 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: General Beach (90) Seating | Atlantic Chaise White #SO-521-31 | 278.00 | $ 275.00 | $ 76,450.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-30-1000 | 23327 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: General Beach (90) Seating | Atlantic Chaise White #SO-521-31 | 1503.00 | $ 275.00 | $ 413,325.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| Partial Shipment | BM-90-30-1001-R03 | 34123 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: Grand Beach (90) Seating | Atlantic Chaise Lounge | 1.00 | | $ - | $ 81,745.00 | $ 76,010.25 | $ 5,734.75 | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-30-1001-R03 | 34123 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: Grand Beach (90) Seating | Sectional Sofa w/Arm Chaise | 12.00 | $ 2,910.00 | $ 34,920.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-30-1001-R03 | 34123 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: Grand Beach (90) Seating | Knife Edge Accent Pillow w/ self welt @ Sectional Sofa 18 X 18" Marine Grade & Fast-Dri Foam (COM: Perennials, #140-119 Scuba Do: Island Coral, Pattern must be centered w/concealed non rust zip) | 36.00 | $ 40.50 | $ 1,458.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-30-1001-R03 | 34123 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: Grand Beach (90) Seating | Capri Daybed w/ Lg Footstool @ Upper Pool | 14.00 | $ 3,200.00 | $ 44,800.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-30-1001-R03 | 34123 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: Grand Beach (90) Seating | Knife Edge Accent Pillow A w/self welt @ Daybed 22x22" Marine Grade & Fast Dri Foam (COM: Perennials, #300-55 Jamaican Stripe: Caribbean Blue, Pattern must be centered) | 6.00 | $ 54.00 | $ 324.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-30-1001-R03 | 34123 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML: Grand Beach (90) Seating | Knife Edge Accent Pillow B w/ Self Welt @ Daybed 18x18 Marine Grade (COM: Perennials: #140-119 Scuba Do: Island Coral) | 6.00 | $ 40.50 | $ 243.00 | | | | Partial Shipment / Frames in WH | Balance Due |
| | BM-90-40-1000 | 34121 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - BML:General Beach (90) - Softgoods | Cabana Sheer Drapery (COM: Perennials #260-28 Shimmer- Blanca) | 12.00 | $ 650.00 | $ 7,800.00 | $ 7,800.00 | $ 5,850.00 | $ 1,950.00 | Shipped in Full | Balance Due |
| | BM-90-50-1004 | 3510 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - Towel Cart Covers (Covers Only) | Towel Bin Cover - BEACH SANCTUARY | 24.00 | $ 340.00 | $ 8,160.00 | $ 37,400.00 | $ - | $ 37,400.00 | | Balance Due |
| | BM-90-50-1004 | 3510 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - Towel Cart Covers (Covers Only) | Towel Bin Cover - SLS | 12.00 | $ 340.00 | $ 4,080.00 | | | | | |

| Item # | Code | Description | Product | Qty | Unit Price | Ext 1 | Ext 2 | Ext 3 |
|---|---|---|---|---|---|---|---|---|
| BM-90-SD-1004 | 3510 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - Towel Cart Covers (Covers Only) | Towel Bin Cover - HYATT | 24.00 | $340.00 | $8,160.00 | | |
| BM-90-SD-1004 | 3510 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - Towel Cart Covers (Covers Only) | Towel Bin Cover - CASINO | 30.00 | $340.00 | $10,200.00 | | |
| BM-90-SD-1004 | 3510 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - Towel Cart Covers (Covers Only) | Towel Bin Cover - ROSEWOOD | 12.00 | $340.00 | $4,080.00 | | |
| BM-90-SD-1004 | 3510 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - Towel Cart Covers (Covers Only) | Towel Bin Cover - CABANA CLUB | 8.00 | $340.00 | $2,720.00 | | |
| BM-90-SD-1006 | 34531 | Baha Mar Ltd - Umbrellas | Rio 9' Rd Umbrella, #SO-5001-625-A | 248.00 | $200.00 | $49,600.00 | $130,200.00 | $- |
| BM-90-SD-1006 | 34531 | Baha Mar Ltd - Umbrellas | Free Standing Umbrella Base with Wheels | 248.00 | $325.00 | $80,600.00 | | |
| BM-90-SD-1017 | 3515 | Baha Mar, LTD c/o Purchasing Solutions International, Inc - Baha Mar Ltd - Cabana Numbers Embroidery | Tin Backs w/th Cabana #'s | 88.00 | $65.00 | $5,720.00 | $5,720.00 | $5,720.00 |
| | | | | | | $1,683,475.55 | $1,682,486.05 | $1,329,808.75 | $352,677.30 |

# EXHIBIT C


**BANK OF COMMUNICATIONS**
YOUR WEALTH MANAGEMENT BANK
NON-MEMBER FDIC

To:
CCA BAHAMAS, LTD.
445 SOUTH STREET, SUITE 310
MORRISTOWN, NJ 07960
DEPARTMENT OF FINANCE AND
ACCOUNTING
B02CST00000086988

CONSOLIDATED STATEMENT

| CST NO: | 000086988-01 |
|---|---|
| STATEMENT DATE: | 12/31/2016 - 01/31/2017 |
| PAGE: | 3 |

DEMAND DEPOSITS ACTIVITIES

| TX DATE | CUR. | TX. DESCRIPTIONS | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|---|
| 01/11/2017 | USD | B020TTN700033 TO SOU RCE OUTDOOR | 390,525.30 | | 6,269,367.69 |
| 01/11/2017 | USD | B020TTN700034 TO THI ... | 140,179.59 | | 6,129,188.10 |

FOR COMMUNICATIONS,

TO BE CONTINUED ...

New York Branch   55 Broadway 31st & 32nd Floor, New York, NY 10006. Tel: (212) 376-8030   Fax: (212) 376-8089

# Sullivan, Patricia

| | |
|---|---|
| **From:** | Natalia Dwornik <dwornik_natalia@ChinaConstruction.us> |
| **Sent:** | Wednesday, January 11, 2017 3:52 PM |
| **To:** | candice@sourcecontract.com |
| **Subject:** | Wire |
| **Attachments:** | wire transfer-20170111-Source Outdoor.pdf; Untitled attachment 410721.txt |

Here you go!!
We did it...



Date: JAN 1 1 2017
FAX No.:


Bank of Communications
55 Broadway, 31 & 32 Fl. New York, NY 10006

Re:      Account # 53200005308
         Account title: CCA Bahamas, Ltd


Dear Mr. Lai        :

We will appreciate it if you can be of assistance to transfer a sum of US
$ 390,500.00
( Three Hundred Ninety Thousand Five Hundred Dollars Only
 ) from the above captioned account to the following bank account:

Intermediate Bank Name:
Intermediate ABA No.:
Intermediate Swift Code:
Intermediate Account No.:
Bank Name: Chase Bank
Bank Address: 12600 NW 7th Avenue North Miami FL 33168
ABA No.: 267084131
Swift Code: CHASUS33
Account No.: 3574298515
Account Name: Source Outdoor
Address:  11451 NW 36th Avenue Miami Florida 33167
Reference OSF2025105



Should you have any questions pertaining to this matter, please contact our office.

Thank you in advance for your cooperation and courtesy.

Sincerely,

_____                    _____
Yutian Phinney                              Linsen Zhang
Finance and Accounting Director             CFO

# EXHIBIT D

**From:** Candice McCarthy [mailto:candice@sourcecontract.com]
**Sent:** 11 January 2017 16:00
**To:** Natalia Dwornik <dwornik_natalia@chinaconstruction.us>
**Subject:** Re: Wire


Nice work Natalia!

Thank you Thank you...you rock! :)


I'll email you my order progress much later tonight.


Thanks again!


Candice McCarthy
Executive VP
m 401.447.6787

t 305.630.8950 ext 2521
w www.sourceoutdoor.net



On Wed, Jan 11, 2017 at 3:51 PM, Natalia Dwornik <dwornik_natalia@chinaconstruction.us> wrote:

> Here you go!!
> We did it...
> _____
>
> [http://ca.ccainc.us/CCA30Years.png]
> WWW.CHINACONSTRUCTION.US <http://www.chinaconstruction.us>
>
> This message contains confidential information and is intended only for the individual named.
> If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

3

# EXHIBIT E

**From:** noreply@salesforce.com on behalf of Source Outdoor <cs@sourceoutdoor.net>
**Sent:** Tuesday, February 28, 2017 11:25 AM
**To:** rodrick@sourceoutdoor.net; dwornik_natalia@chinaconstruction.us
**Subject:** OSF2025105 : Your Source Outdoor order is now in production!

Dear ,

Your Source Outdoor order is now in production. Your Estimated Completion Date is 5/19/2017, your goods will leave our premises on or before 5/26/2017. We will make every attempt to ship the items sooner than that estimated date.

Your P.O. Number: Sanctuary-D-PO-007

If you have any questions or concerns please contact us at 1.800.260.4512 or email us at cs@sourceoutdoor.net

# EXHIBIT F

**Sullivan, Patricia**

| | |
|---|---|
| **From:** | Candice McCarthy <candice@sourceoutdoor.net> |
| **Sent:** | Tuesday, February 28, 2017 2:59 PM |
| **To:** | Natalia Dwornik |
| **Cc:** | Source Outdoor; rodrick@sourceoutdoor.net; Candice McCarthy |
| **Subject:** | Re: OSF2025105 : Your Source Outdoor order is now in production! |

Hi Natalia,

These have been in production for a very long time. The internal stage was only now changed.
I'll check on the shipping date and get back to you shortly.

Thanks!

Best Regards,

Candice McCarthy
m. 401.447.6787
Source Outdoor
Sent from my iPhone