UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-22437-KMM

CCA Bahams, Ltd.
a foreign limited liability company,

    Plaintiff
v.
Conquest Financial Management Corporation d/b/a
Source Outdoor, a Florida corporation,

    Defendants

## MEDIATOR'S REPORT

COMES NOW the undersigned JAMS mediator who reports to the Court that the parties mediated the above-captioned case. The mediator/neutral reports that: the parties are at an impasse.

Respectfully submitted this 20th day of March, 2018

    Hon. Scott Silverman (Ret.)
    JAMS Mediator/Neutral
    Tuesday, March 20, 2018

*Copies furnished to:*
    *Counsel of Record, Clerk of Court, Presiding Judge*