UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-22437-KMM

CCA Bahamas Ltd.,

    Plaintiffs,

v.

CONQUEST FINANCIAL MANAGEMENT CORPORATION, *a Florida Corporation doing business as* SOURCE OUTDOOR,

    Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court on Plaintiff CCA Bahamas Ltd.'s Motion for Entry of Final Judgment (ECF No. 52).  UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.  Plaintiff shall have and recover from Defendant Conquest Financial Management Corporation $454,462.78—the principal sum of $424,580.00, which shall continue to bear interest at the statutory rate, plus $29,882.78 in prejudgment and postjudgment interest—for which let execution issue forthwith.  The Court retains jurisdiction to rule on any motions for attorney's fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of May, 2018.

*K. M. Moore*
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:    All counsel of record